AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CITY FURNITURE, INC., a Florida corporation

*Plaintiff(s)*

v.

CITY FURNITURE CORP., a Connecticut corporation d/b/a CITY FURNITURE, CITY FURNITURE STORE LLC, a dissolved Connecticut limited liability company d/b/a CITY FURNITURE,

*Defendant(s)*

Civil Action No. 15-cv-62300-PCH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY FURNITURE STORE LLC
61 Broad Street
Stamford, CT 06901
Telephone:  (203) 969-6440

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Angelo & Banta, P.A.
515 East Las Olas Boulevard
Suite 850
Telephone:  (954) 766-9930
Facsimile:  (954) 766-9937

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: Nov 2, 2015

**SUMMONS**

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CITY FURNITURE, INC., a Florida corporation<br><br>*Plaintiff(s)*<br>v.<br>CITY FURNITURE CORP., a Connecticut corporation d/b/a CITY FURNITURE, CITY FURNITURE STORE LLC, a dissolved Connecticut limited liability company d/b/a CITY FURNITURE,<br><br>*Defendant(s)* | Civil Action No.<br><br>15-cv-62300-PCH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CITY FURNITURE CORP.
c/o Barry Gould
478 Newfield Avenue
Stamford, CT 06905
Telephone: (203) 353-3331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Angelo & Banta, P.A.
515 East Las Olas Boulevard
Suite 850
Ft. Lauderdale, FL 33301
Telephone:  (954) 766-9930
Facsimile:   (954) 766-9937

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 2, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts